# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 5D2025-0259
LT Case No. 2023-CF-010723-A

———————————————————

ALVIN GATHERS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————————

On appeal from the Circuit Court for Duval County.
London Mahogany Kite, Judge.

Matthew J. Metz, Public Defender, and Victoria Rose Cordero,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, and Thomas H. Duffy,
Assistant Attorney General, Tallahassee, for Appellee.

November 25, 2025

PER CURIAM.

    AFFIRMED.

JAY, C.J., and HARRIS and SOUD, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————